DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**222 LAKEVIEW LLC.,** and **TOWN OF PALM BEACH,**
Appellants,

v.

**CITY OF WEST PALM BEACH,**
Appellee.

No. 4D19-717

[May 28, 2020]

Appeal from the State of Florida, Division of Administrative Hearings for the Fifteenth Judicial Circuit, Palm Beach County; Case Nos. 18-4743GM and 18-4773GM.

Nathan E. Nason and John K. Rice of Nason, Yeager, Gerson, Harris and Fumero, P.A., Palm Beach Gardens, for appellants.

Jane Kreusler-Walsh and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***